COURT OF APPEAL FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

No. 8010

CHARLES AND SEYMOUR ROUFF,

Plaintiffs and Appellees,

vs

UNITED SHOE MACHINERY CO.,

Defendant and Appellant.

ON JOINT MOTION of UNITED SHOE MACHINERY CO., defendant and appellant, through its attorneys, Farrar, Goldberg & Dufour, and Charles and Seymour Rouff, plaintiffs and appellees, through their attorneys, Milling, Godchaux, Saal & Milling; and

ON SUGGESTING to the Court that movers desire to discontinue this suit, same having been settled and compromised,

IT IS ORDERED that this suit be and the same is hereby discontinued at defendant and appellant's cost.

Court of Appeal.
PARISH OF ORLEANS
FILED NOV 29 1920

Jno. Schroder